39358. Charles D. Jones v. LaMoyne Green, Supt., Marion Correctional Institution. In Habeas Corpus. Petitioner remanded to custody. Taft, C. J., Zimmerman,

Matthias, O'Neill, Herbert, Schneider and Brown, JJ., concur.